UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-45-H1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO LAVINNE LOCKLEAR | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 35 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the 15th day of October 2013.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE