# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Antonio Lavonne Locklear<br><br>Date of Original Judgment:   November 10, 2011<br>Date of Previous Amended Judgment: November 13, 2013<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No:  5:11-CR-45-1H<br>)<br>)  USM No: 55234.056<br>)<br>)  Robert Bell<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  12  months **is reduced to** 10 months on Count 1.
Count 2 remains 60 months, consecutive, for a total sentence of 70 months.



If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*



Except as otherwise provided, all provisions of the judgment(s) dated November 10, 2011, and November 13, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  11/10/14                             /s/ Malcolm Howard
                                                  *Judge's signature*

Effective Date:  November 1, 2015                 Malcolm J. Howard   Senior U.S. District Judge
                 *(if different from order date)*                     *Printed name and title*