UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antonio Lavonne Locklear**  Docket No. 5:11-CR-45-1H

**Petition for Action on Supervised Release**

COMES NOW Thomas E. Sheppard, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Lavonne Locklear, who, upon an earlier plea of guilty to Possession With the Intent to Distribute a Quantity of Cocaine and a Quantity of Marijuana in violation of 21 U.S.C. §841(a)(1), and Possession of a Firearm in Furtherance of a Drug-Trafficking Offense in violation of 18 U.S.C. §924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 10, 2011, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On November 13, 2013, pursuant to Rule 35(b), the term of imprisonment was reduced to 72 months, and the term of supervised release was reduced to 36 months. On November 10, 2015, pursuant to 18 U.S.C. 3582(c)(2), the term of imprisonment was reduced to 70 months. Antonio Lavonne Locklear was released from custody on May 13, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 30, 2016, the defendant submitted a urine specimen which tested positive for marijuana. The defendant admitted that he used marijuana. The defendant is in outpatient treatment with our contract treatment provider. We recommend adding a condition requiring the defendant to served 2 days in the custody of the Bureau of Prisons as a sanction for this violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Thomas E. Sheppard
Thomas E. Sheppard
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2541
Executed On: December 12, 2016

Antonio Lavonne Locklear
Docket No. 5:11-CR-45-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this the 13th day of December 2016, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge