UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antonio Lavonne Locklear                                        Docket No. 5:11-CR-45-1H

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antonio Lavonne Locklear, who, upon an earlier plea of guilty to Possession with the Intent to Distribute a Quantity of Cocaine and a Quantity of Marijuana in violation of 21 U.S.C. §841(a)(1) and Possession of a Firearm in Furtherance of a Drug-Trafficking Offense in violation of 18 U.S.C. §924(c), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 10, 2011, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On November 13, 2013, pursuant to Rule 35(b), the term of imprisonment was reduced to 72 months, and the term of supervised release was reduced to 36 months. On November 10, 2015, pursuant to 18 U.S.C. §3582(c)(2), the term of imprisonment was reduced to 70 months.

Antonio Lavonne Locklear was released from custody on May 13, 2016, at which time the term of supervised release commenced.

On December 12, 2016, a petition for action on supervised released was submitted to Your Honor after the defendant tested positive for marijuana. Your Honor modified the defendant's conditions of release to include confinement with the Bureau of Prisons for two days.

On May 2, 2017, a violation report was submitted to Your Honor after the defendant failed to report for his scheduled confinement period with the Bureau of Prisons due to an arrest in Robeson County, North Carolina for Assault on a Female (17CR51442). The case was voluntarily dismissed in Robeson County District Court in Lumberton, North Carolina on March 30, 2017. Your Honor agreed to take no action to allow the defendant an opportunity to reschedule and complete his period of intermittent confinement with the Bureau of Prisons.

On June 9, 2017, a violation report was submitted to Your Honor after the defendant tested positive for marijuana. Your Honor agreed to take no action to allow the defendant to comply with substance abuse testing and treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 15, 2017, the defendant provided a urine sample during a home contact. He advised that his sample would be positive for marijuana. He signed an admission form, stating that his last use of marijuana was on or about August 13, 2017. The defendant remains in the SUP random urinalysis testing program, and in individual substance abuse counseling at Reality Counseling in Lumberton, North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Antonio Lavonne Locklear
Docket No. 5:11-CR-45-1H
Petition For Action
Page 2

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: September 25, 2017

## ORDER OF THE COURT

Considered and ordered this 26th day of Sept, 2017, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge